IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03240-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$2,592.00 IN UNITED STATES CURRENCY,
$1,554.90 SEIZED FROM BANK OF COLORADO ACCOUNT #7435006821, and
2012 TOYOTA 4RUNNER, VIN: JTEBU5JR7C5094369,

    Defendants.
_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and the lienholder, Toyota Motor Credit Corporation, have reached a settlement, regarding their lien against defendant 2012 Toyota 4Runner, VIN: JTEBU5JR7C5094369;

THAT the United States and Claimants Glen Sill and Sandy Chong Sill have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant properties have been filed;

THAT forfeiture of $2,592.00 in United States Currency and 2012 Toyota 4Runner, VIN: JTEBU5JR7C5094369 shall enter in favor of the United States;

THAT $1,554.90 Seized From Bank of Colorado Account #7435006821 shall be returned to Claimants Glen Sill and Sandy Chong Sill;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C).

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $1,554.90 Seized From Bank of Colorado Account #7435006821 shall be returned to Claimants Glen Sill and Sandy Chong Sill;

THAT forfeiture of $2,592.00 in United States Currency and 2012 Toyota 4Runner, VIN: JTEBU5JR7C5094369 shall enter in favor of the United States; the United States shall have full and legal title to the defendant properties, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant properties pursuant to 28 U.S.C. § 2465.

DATED at Denver, Colorado, on March 5, 2015.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge